## Jim GARNER v. STATE.
### No. 15017.

Court of Criminal Appeals of Texas.
March 9, 1932.

Adams & McAlister, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for unlawfully carrying a pistol; punishment, a fine of $100.

We find in the record neither statement of facts nor bills of exception. The matters of procedure appear regular.

The judgment is affirmed.